# In The United States Court of Federal Claims

## Cover Sheet 06-497 C

Plaintiff(s) or Petitioner(s)
MARINA WATERSIDE, LLC, a California limited liability company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Ernie Zachary Park

Firm Name: BEWLEY, LASSLEBEN & MILLER, LLP

Post Office Box:

Street Address: 13215 E. Penn Street, Suite 510

City-State-Zip: Whittier, CA 90602

Telephone & Facsimile Numbers: (562) 698-9771; (562) 696-6357

E-mail address: ernie.park@bewleylaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ 523,852.50

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005