# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MARINA WATERSIDE, LLC,** | |
| **Plaintiff,** | **No. 06-497C** |
| **v.** | **Filed: August 8, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 21 days, to and including September 26, 2006, within which to file its response to the plaintiff's complaint. The court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its response on or before **Tuesday, September 26, 2006**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**