# In the United States Court of Federal Claims

| | |
|---|---|
| MARINA WATERSIDE, LLC., Plaintiff, v. UNITED STATES, Defendant. | **No. 06-497C** **Filed: August 25, 2006** |

**O R D E R**

To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday, October 3, 2006, at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (562) 698-9771 and defendant's counsel at (202) 616-0341. Neither party shall file a motion for summary judgment before the status conference is held. A motion to dismiss may be filed instead of an answer.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**