IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC | ) | |
| | ) | No. 06-497C |
| Plaintiff, | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a fourteen day enlargement of time, to and including October 10, 2006, to file a response to the complaint. Our response is currently due on September 26, 2006. This is defendant's second request for an enlargement for this purpose. On September 22, 2006, counsel for defendant spoke with Ernie Zachary Park, counsel for the plaintiff, who indicated he does not oppose this motion.

Defendant's counsel has been in repeated contact with agency counsel for the Postal Service who informed her that he has been unable until recently, owing to the Government's contracting officer's travel schedule, to arrange a meeting with the contracting officer combined with a site visit to the property at issue in this case to obtain relevant information necessary to complete the litigation report. This unfortunate delay has, in turn, delayed defendant from preparing an appropriate response to the complaint. Agency counsel now represents that he will be able to provide his report to defendant's counsel within the week, making this brief enlargement of time sufficient for the defendant to prepare a response to the complaint.

For the foregoing reasons, this enlargement is necessary for the agency to prepare a litigation report, and for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

Defendant therefore respectfully requests the Court to grant this motion for enlargement of time of fourteen days, to and including, October 10, 2006, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

September 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _22_nd day of August, 2006, the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD