IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-497C<br>(Judge Horn) |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

In view of the defendant's unopposed motion for enlargement of time to respond to the complaint, filed simultaneously herewith, and pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests that if the unopposed motion for enlargement of time is granted that the status conference currently set for October 3, 2006 at 2:30 p.m., be continued. On September 22, 2006, counsel for defendant spoke with Ernie Zachary Park, counsel for the plaintiff, who indicated he does not oppose this motion, and stated that he would be available for a status conference on October 24, 2006, or such other time that the Court orders.

Defendant therefore respectfully requests the Court to grant this motion to continue the October 3, 2006, status conference until October 24, 2006, or such other time as suits the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

September 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _22_nd day of August, 2006, the foregoing "DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD