# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **MARINA WATERSIDE, LLC.,** * | |
| **Plaintiff,** * | |
| **v.** * | **No. 06-497C** |
| | **Filed: September 25, 2006** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 14 days, to and including October 10, 2006, within which to file its response to the plaintiff's complaint. The court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its response on or before **Tuesday, October 10, 2006**.

The court is also in receipt of defendant's unopposed motion to continue the status conference currently set for October 3, 2006 at 2:30 p.m. to October 24, 2006. The court **GRANTS** the defendant's request and **ORDERS** the parties to appear at a status conference on **Tuesday, October 24, 2006, at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (562) 698-9771 and defendant's counsel at (202) 616-0341. Neither party shall file a motion for summary judgment before the status conference is held. A motion to dismiss may be filed instead of an answer.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**