IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-497C |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

As its answer to the complaint, defendant admits, denies, and avers as follows:

1. Defendant, the United States, lacks information sufficient to form a belief as to the allegation contained in paragraph 1 of the complaint.

2. The allegations contained in the first and third sentences of paragraph 2 constitute plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied. The allegations contained in the second sentence of paragraph 2 constitute plaintiff's conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

3. Paragraph 3 contains plaintiff's legal conclusions to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Defendant avers that the United States is the only defendant in this case.

4. Paragraph 4 contains plaintiff's legal conclusion to which no response is required; to the extent it may be deemed an allegation of fact, it is denied.

5. Denies the allegations contained in paragraph 5 for lack of information sufficient to form a belief as to the truth of the matter asserted.

6. Defendant admits that the United States entered into a lease with Beneficial

Standard Properties, Inc. on or about February 27, 1981. Defendant avers that the United States is the only defendant in this action. Admits the remaining allegation contained in paragraph 6 to the extent supported by the document referenced, which is the best evidence of its contents; otherwise denied.

7. Denies the allegations contained in paragraph 7 for lack of information sufficient to form a belief as to the truth of the matter asserted.

8. Defendant admits the allegations contained in paragraph 8 to the extent supported by the documents referenced, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 8.

9. Defendant incorporates by reference its responses to paragraphs 1 through 8 of the complaint.

10. The allegations contained in paragraph 10 constitute plaintiff's conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 of the complaint constitute plaintiff's conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

12. The allegations contained in paragraph 12 of the complaint constitute plaintiff's conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

13. The allegations contained in paragraph 13 of the complaint constitute plaintiff's conclusion of law and characterization of this case to which no response is necessary; to the

extent they may be deemed issues of fact they are denied. Defendant specifically denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 13 of the complaint, or to any relief whatsoever.

14. Defendant incorporates by reference its responses to paragraphs 1 through 13 of the complaint.

15. Defendant admits the allegations contained in the first and second sentences of paragraph 15. Denies the allegation contained in the third sentence of paragraph 15. Defendant avers that the United States is the only defendant in this action.

16. Defendant admits the allegation in paragraph 16 of the complaint.

17. The allegations contained in paragraph 17 constitute plaintiff's conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

18. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 17 of the complaint, or to any relief whatsoever.

19. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that plaintiff's complaint be dismissed, and grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

OF COUNSEL:
MICHAEL F. KIELY
U.S. Postal Service

s/ Joan M. Stentiford
JOAN M. STENTIFORD

Trial Attorney
Commercial
Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

October 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 6th day of October, 2006,“DEFENDANT’S ANSWER TO PLAINTIFF’S COMPLAINT,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____

JOAN M. STENTIFORD