# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **MARINA WATERSIDE, LLC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 06-497C** |
| | * | **Filed: October 26, 2006** |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

**O R D E R**

The court held a status conference in the above-captioned case on October 24, 2006, with the parties appearing by telephone. As discussed at the conference, on or before **Tuesday, October 31, 2006**, the plaintiff shall file a motion to request amendment of the complaint in order to incorporate all relevant option agreements, especially Option 4 which is the subject of the complaint, the rental schedule, and other relevant documents. Furthermore, on or before **Wednesday, November 22, 2006**, the parties shall exchange and review documents, consult on the liability issue and file a joint status report, addressing progress in the case. If the parties remain in disagreement on the liability issue, the joint status report shall reflect the basis for the disagreement. To further discuss progress in the case and discovery needs on the liability and/or damages issue, as appropriate, the court **SCHEDULES** a status conference for **Tuesday, November 28, 2006, at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (562) 698-9771 and defendant's counsel at (202) 616-0341.

In the event the parties remain in disagreement after the above events have transpired, the court establishes the following briefing **SCHEDULE**. On or before **Tuesday, December 19, 2006**, the parties shall file a joint stipulation of facts. The joint stipulation of facts shall be one document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3). Furthermore, on or before **Tuesday, December 19, 2006**, the parties also shall

file a joint statement of issues of law, to focus the issues being briefed by the parties. Also on or before **Tuesday, December 19, 2006**, the parties shall file simultaneous opening briefs, citing to the joint stipulations of facts and supporting documents. On or before **Tuesday, January 9, 2007**, the parties shall file simultaneous reply briefs, also citing to the joint stipulations of facts and supporting documents.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**