# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **MARINA WATERSIDE, LLC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 06-497C** |
| | * | **Filed: November 17, 2006** |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of plaintiff's amended complaint dated October 28, 2006 and the attached unopposed Motion for Leave to File First Amended Complaint. The plaintiff's documents were not filed because, pursuant to General Order No. 42, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Accordingly, all documents in this case are to be filed electronically, except with leave of the court. The plaintiff submitted its amended complaint and Motion for Leave in the traditional manner. The above referenced documents shall be **FILED** by the clerk's office by leave of the court.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**