ORIGINAL

ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, California 90602
PHONE: (562) 698-9771
FACSIMILE: (562) 696-6357

Attorneys for Plaintiff
MARINA WATERSIDE, LLC,
a California limited liability company

FILED
NOV 17 2006
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARINA WATERSIDE, LLC,
a California limited liability company,

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

CASE NO. 06-497C
Hon. Marian Blank Horn

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, plaintiff hereby respectfully requests leave of Court to file its First Amended Complaint (plaintiff's Proposed First Amended Complaint is lodged concurrently herewith).

At the telephonic status conference held on October 24, 2006, the Court ordered plaintiff to file said pleading by no later than October 31, 2006. The accompanying

/////

////

////

pleading is filed in accordance with said order.

Dated: 10-24-06

Respectfully submitted,

BEWLEY, LASSLEBEN & MILLER, LLP

By [signature]

ERNIE ZACHARY PARK
Attorneys for Plaintiff
MARINA WATERSIDE, LLC,
a California limited liability company
PHONE: (562) 698-9771
FACSIMILE: (562) 696-6357

PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California, in the office of a member of the bar of this Court at whose direction the service described herein was made. My business address is 13215 East Penn Street, Suite 510, Whittier, California 90602-1797.

On October 30, 2006, I served the foregoing document(s) described as PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT upon the person(s) shown below by placing a true and correct copy (copies) thereof to the addressee or intended recipient as follows:

Joan M. Steniford, Esq.
Commercial Litigation Branch
DEPARTMENT OF JUSTICE
ATTN: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
FAX: (202) 514-8624
PH: (202) 616-0341

a. [ ] BY MAIL: by placing it (them) in a sealed envelope(s), postage prepaid, for collection and mailing on that same date following the ordinary business practices of Bewley, Lassleben & Miller, LLP (the "Firm"), at its place of business, located at 13215 East Penn Street, Suite 510, Whittier, California 90602-1797. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service ("USPS"), and I am informed and believe that the correspondence would be deposited with the USPS that same day in the ordinary course of business.

b. [ X ] BY OVERNIGHT DELIVERY: by placing it (them) in a sealed envelope(s), postage prepaid, to be delivered by a reputable overnight service carrier on the next day to the addressee or intended recipient by a courier or driver authorized by the carrier to receive documents, in an envelope(s) designated by the carrier for overnight service.

c. [ ] BY FACSIMILE: by placing it (them) on the Firm's fax machine and dialing the addressee's or intended recipient's facsimile number, which is listed above or on the attached service list. I regularly maintain in the ordinary course of business transmission reports that confirm the successful transmission of facsimiles.

d. [ ] BY PERSONAL DELIVERY: by handing a service copy of the above-document to the addressee or intended recipient.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 30, 2006, at Whittier, California.

Maureen Merriles

MAUREEN MERRILES