# EXHIBIT

# 2

Duplicate Original

FIRST AMENDMENT OF SUBLEASE

This First Amendment of Sublease is made and entered into as of September 11, 1981 by and between BENEFICIAL STANDARD PROPERTIES, INC. formerly known as BENFID REALTY COMPANY, a California Corporation dba MARINA SHOPPING CENTER ("Lessor") and the UNITED STATES POSTAL SERVICE ("Lessee").

R E C I T A L S

A. On or about February 27, 1981, the parties entered into a written sublease (the "Sublease") of premises located in the County of Los Angeles, State of California and in the Marina Shopping Center developed by Lessor on that portion of Marina Del Rey bounded by Lincoln Boulevard, Fiji Way, Admiralty Way and Mindanao Way, designated by the Department of Small Crafts Harbors of the County of Los Angeles as Parcel 50-R and legally described on Exhibit "A" attached to the Sublease. The portion of the real property described above subleased to Lessee is shown shaded and labelled on the plot plan attached as Exhibit "B" to the Sublease.

B. The parties now desire to amend the Sublease on the terms and conditions hereinafter set forth to provide for a later commencement of the term of the Sublease, to provide for the possibility that certain improvements to the leased premises may not be completed on the lease commencement date and to modify the Sublease in certain other respects as stated herein.

IT IS THEREFORE AGREED:

1. Commencement Date. The first sentence of Article 3 of the Sublease shall be deleted in its entirety and there shall be inserted in its place the following:

"The term of this Lease shall commence on October 1, 1981 and end on September 30, 1986."

2. Construction of Additional Improvements by Lessor. Article 2 of the Sublease shall be deleted in its entirety and there shall be inserted in its place the following:

"2. <u>Construction of Additional Improvements by Lessor</u>. Lessor shall, in accordance with the following procedure, construct or cause to be constructed, in either case at Lessee's sole cost and expense, improvements to the leased premises substantially as described in the preliminary drawing(s) attached hereto as Exhibit E and made a part hereof (hereinafter referred to as the "Improvements"). The Postal Service has approved working drawings and final plans and specifications based on said preliminary drawings and specifications and the total cost of the Improvements in the amount of $117,000.00. Additionally, the Postal Service has agreed to reimburse Lessor for the cost of preparing the said working drawings and final plans and specifications in the amount of $4,000.00.

Lessor shall commence construction of the Improvements on or about August 1, 1981 and shall construct the Improvements to the leased premises substantially in accordance with the working drawings and final plans and specifications approved by the Postal Service. Lessor shall notify Lessee in writing (i) when the Improvements are approximately 50% completed and (ii) when the Improvements have been substantially completed but prior to final inspection by the County Engineer of Los Angeles County. Upon the notice provided for in (i) and (ii) above, Lesseee shall inspect the Improvements so long as such entry does not interfere with Lessor or Lessor's contractor. Lessee may enter the leased premises on other occasions as long as appropriate arrangements are made in advance with the Lessor.

It is expressly understood and agreed by the parties hereto, that Lessor shall not be required to provide any construction in addition to that set forth in the approved working drawings and final plans and specifications, and that Lessee shall not delay or impede said construction by making changes or alterations therein.

(a) If the Improvements are completed on or before September 30, 1981 the provisions set forth in this paragraph shall apply.

(i) Lessee shall take possession of the leased premises on September 30, 1981. If a Certificate of Occupancy has not been obtained from the County of Los Angeles on that date, Lessor shall cooperate with and assist Lessee so that such certificate is secured as soon as possible thereafter. Lessee's taking possession of the leased premises and acceptance of the leased premises on September 30, 1981 shall not constitute a waiver of any defect in workmanship or material of the Improvements ("Construction Defect"). Lessee shall have ninety (90) days after it has taken possession of the leased premises within which to notify Lessor of any Construction Defect. Lessor shall have sixty (60) days after receipt of such notification within which to correct or remedy any Construction Defect.

(ii) On or about September 29, 1981, Lessor will deliver to Lessee, Lessor's invoice for the total cost of the Improvements to the leased premises (which cost shall be $117,000.00) and Lessor's cost of preparing the working drawings and final plans and specifications in the amount of $4,000.00.

(iii) Within thirty (30) days of receipt of Lessor's invoice, Lessee shall pay Lessor the full amount thereof, which amount shall be $121,000.00.

(b) If in Lessor's sole judgement it does not appear that the Improvements can be completed on or before September 30, 1981 the provisions set forth in this paragraph (b) shall apply.

(i) On September 25, 1981, by written notice delivered by messenger to Lessee no later than 3:00 P.M. on that date, at the address for receiving notices contained in Article 48 hereof, Lessor shall advise Lessee that the Improvements cannot be completed by September 30, 1981. Such notice shall also contain Lessor's estimate

of the percentage of completion of the Improvements as of 5:00 P.M. on September 24, 1981 and Lessor's estimate of the percentage of completion of the Improvement as of September 29, 1981. Lessor shall continue the construction of the Improvements until 5:00 P.M. September 29, 1981.

(ii) On September 30, 1981, Lessor and Lessee by their duly authorized agents shall inspect the leased premises and Lessor and Lessee shall mutually agree on the percentage of completion of the Improvements, and Lessor shall deliver possession of the leased premises to Lessee and Lessee agrees to accept the leased premises in its condition existing as of that date. Notwithstanding such delivery and acceptance, Lessor shall cooperate with and assist Lessee in securing a Certificate of Occupancy from the County of Los Angeles and Lessee's taking possession of the leased premises shall not constitute a waiver of any defect in workmanship or material respecting work done or materials furnished by Lessor. (Construction Defect). Lessee shall have ninety (90) days after it has taken possession of the leased premises within which to notify Lessor of any Construction Defect. Lessor shall have sixty (60) days after receipt of such notification within which to correct or remedy any Construction Defect.

(iii) On or about September 29, 1981, Lessor shall deliver to Lessee, Lessor's invoice for the cost of the improvements to the leased premises made by Lessor (which cost shall be $117,000.00 multiplied by the percentage of completion agreed upon by Lessor and Lessee as provided in sub-paragraph (ii) hereof) and Lessor's cost of preparing the working drawings and final plans and specifications in the amount of $4,000.00.

(iv) Within thirty (30) days of receipt of Lessor's invoice, Lessee shall pay Lessor the full amount thereof.

3. Survival of Other Lease Provisions. Except as set forth in this First Amendment of Sublease all of the provisions of the Sublease shall remain unchanged and in full force and effect.

IN WITNESS WHEREOF, the parties have executed this First Amendment of Sublease on the date first above written.

UNITED STATES POSTAL SERVICE

BY: [signature] D. P. Manonska

BY: ______________________

"LESSEE"

BENEFICIAL STANDARD PROPERTIES, INC., a California Corporation (formerly known as BENFID REALTY COMPANY)

BY: [signature]
Harry Epstein, Its President

BY: [signature]
Marcus Loew, Its Authorized Agent

"LESSOR"