# EXHIBIT

# 3

DUPLICATE

SUBLEASE AMENDMENT

This Sublease Amendment made and entered into this 16th day of May, 1988, by and between United States Postal Services ("Tenant") and Benequity Properties, a California Limited Partnership as successor in interest to Beneficial Standard Properties, Inc. ("Landlord").

Whereas, Landlord and Tenant have entered into a Sublease dated February 27, 1981 for the premises known as 4736-38 Admiralty Way, Marina del Rey, California ("Lease"); and

Whereas, Landlord and Tenant are desirous of amending certain provisions of the Lease:

NOW, THEREFORE in consideration of their mutual covenants herein set forth the parties agree as follows:

1. Article 5 is amended to extend the term of the Lease for an additional five (5) year period which shall commence on October 1, 1989 and shall terminate on September 30, 1994.

2. Article 7 is hereby amended to provide for Fixed Rent payable monthly as therein set forth of $4,500.00.

3. Article 49 is hereby deleted in its entirety.

All other provisions, terms and conditions of the Lease shall remain the same and in full force and effect.

IN TESTIMONY WHEREOF, Landlord and Tenant have caused this Lease Amendment to be signed, as of the 16th day of May, 1988.

TENANT

United States Postal Service

By: [signature]

LANDLORD

Benequity Properties, a
California Limited Partnership

By: [signature]

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

PERSONALLY APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, the within named CHARLES D. LAWSHE who acknowledged that he is VICE PRESIDENT and that for and on behalf of said BENEQUITY PROPERTIES he signed and delivered the above and foregoing instrument of writing on the day and year therein mentioned, he having been first duly authorized so to do.

GIVEN under my hand and official seal, this 16th day of MAY, 1988.

Patricia Galante
NOTARY PUBLIC

My Commission Expires:

OFFICIAL SEAL
PATRICIA GALANTE
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My comm. expires FEB 19, 1991

STATE OF California )
)
COUNTY OF Los Angeles )

PERSONALLY APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, the within named ______ V.P. Maciorski ______ and ______ who severally acknowledged that ~~they are~~ he Mgr Real Estate Br and ______, respectively of U.S.P.S., a government ~~corporation~~, and that for and on behalf of said corporation and as its act and deed, they signed, sealed and delivered the above and foregoing instrument of writing on the day and year therein mentioned, they having been first duly authorized so to do.

GIVEN under my hand and official seal, this the 5th day of October, 1988.

Mona Said
NOTARY PUBLIC

My Commission Expires:

OFFICIAL SEAL
MONA SAID
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My comm. expires MAY 21, 1991