# EXHIBIT

# 4

ORIGINAL

# SECOND SUBLEASE AMENDMENT

THIS SUBLEASE AMENDMENT made and entered into this 23 day of July, 1990, by and between United States Postal Services ("Tenant") and Carlisle Realty Holdings I, limited partnership, as successor in interest to Benequity Properties, a California corporation ("Landlord").

## W I T N E S S E T H

WHEREAS, Landlord and Tenant have entered into a Sublease dated February 27, 1981 for the premises known as 4736-4738 Admiralty Way, Marina del Rey, California ("Lease"); and have further amended this Sublease by First Amendment to Sublease dated September 11, 1981, and furthermore by Sublease Amendment dated May 16, 1988; and

WHEREAS, Landlord and Tenant are desirous of amending certain provisions of the Lease:

NOW, THEREFORE, in consideration of their mutual covenants herein set forth, the parties agree as follows:

1. Article 1 of the Sublease dated February 27, 1981 shall be amended to reflect the relocation of Lessee's Premises from 4736-4738 Admiralty Way to 4748 Admiralty Way shown on Exhibit B attached hereto which contains approximately ~~5,136~~ 5119 square feet.

2. Construction of Improvements. Article 2 of the First Amendment of Sublease dated September 11, 1981 shall be deleted in its entirety and there shall be inserted in its place the following:

"2. Construction of Improvements. USPS shall construct or cause to be constructed, in either case at the sole expense of the USPS, improvements to the leased premises. Design drawings will be presented to the Lessor for review prior to the commencement of construction. Lessor will review drawings in a timely manner but in no case shall Lessor have more than two weeks to review said drawings.

Lessor will deliver possession of the Premises on July 1, 1990 via notice by Certified Mail stating that the Premise is in the following condition:

A. The southerly demising wall shall be constructed in accordance with United States Postal security requirements as outlined in USPS RE-5 and attached hereto as "Attachment A".

B. The north easterly wall consisting of 54'9" length by 2'6" depth, shall be constructed in accordance with United States Postal security requirements as outlined in USPS RE-5 and attached hereto as "Attachment A".

C. Existing plumbing will be stubbed.

D. Electrical panel shall be delivered "as is".

E. A handicapped accessible ramp in accordance with USPS RE-4 requirements shall be provided by Lessor within Fifty (50) feet of the new premises. Said RE-4 requirements are attached hereto as "Attachment B".

F. A handicapped parking space in accordance with USPS RE-4 requirements shall be provided by Lessor within Fifty (50) feet of the new premises. Said RE-4 requirements are attached hereto as "Attachment B".

If delivery of such notice is delayed beyond July 1, 1990 than the provisions of Paragraph 3 of this Amendment shall be postponed by the number of days between July 1, 1990, and actual delivery of such notice."

3. Term and Commencement Date. Article 5 of the Sublease as amended by Article 1 of the Sublease Amendment is modified as follows:

"1. The term of the Sublease shall be for five (5) years and shall commence on October 1, 1990 and end on September 30, 1995.

There shall be one five (5) year Renewal Option that shall commence October 1, 1995 and end on September 30, 2000."

4. Article 7, as amended by Article 2 of Sublease Amendment dated May 16, 1988, is hereby deleted in its entirety and the following shall be substituted therefore:

"Lessee shall pay to Lessor, in the manner provided in Article 6 of the sublease, a fixed minimum monthly rent as follows:

a) Eleven Thousand Seven Hundred and Fifty Dollars ($11,750.00) from October 1, 1990 through September 30, 1993;

b) Thirteen Thousand Eight Hundred Sixty Five Dollars ($13,865.00) from October 1, 1993 through September 30, 1995; Thirteen Thousand Eight Hundred Sixty Five Dollars ($13,865.00) from October 1, 1995 through September 30, 1996;

c) Sixteen Thousand Three Hundred Dollars ($16,300.00) from October 1, 1996 through September 30, 1999; and

d) Nineteen Thousand Three Hundred and Five Dollars ($19,305.00) from October 1, 1999 through the term of this Amendment".

5. The Lessee shall continue to pay rent on the existing premise location under Article 7 of Sublease Amendment dated May 15, 1988 until Lessee actually vacates the premise. The intent of this Article is to allow Lessee Ninety (90) days for construction of Tenant Improvements on the new Premises. Rent would then begin on the new premise and may concurrently continue to be paid on the old premise until it is physically surrendered.

All other provisions, terms and conditions of the Lease shall remain the same and in full force and effect.

IN TESTIMONY WHEREOF, Landlord and Tenant have caused this Sublease Amendment to be signed, as of the 15th day of June, 1990.

"TENANT"

United States Postal Service

VINCENT P. MACIORSKI
Manager, Real Estate Branch 7/23/90

"LANDLORD"

Carlisle Realty Holdings I, limited partnership

Richard G. Fownes
President
Marina General Partner, Inc.

EXHIBIT B

PLOT PLAN OF PREMISES




EXHIBIT "B"

and before the cabinetwork is installed in the facility. The postmaster must maintain control of these keys in order to prevent potential loss problems. All locks must be individually keyed.

## 250 Mail Security

## 251 Lobbies (Box, Service, and Self-Service)

### 251.1 Design

*a.* The service lobby generally is open to customers eight or more hours a day, while the self-service and box lobbies may be open twenty-four a day. USPS is required to provide adequate protection to customers and employees using these lobbies. Failure to design and maintain a minimal level of security may result in USPS liability and subsequent court action.

*b.* Lobbies must be designed to provide a means of securing the service lobby and service counter area during the hours they are closed. The service and box lobbies must be designed to be visible from the exterior of the building to discourage vandalism and other criminal activity. The service lobby can be secured by providing either doors or a rolling grille separating the self-service and box lobbies from the service lobby.

*c.* Post-office-box, self-service, and service lobbies must contain adequate window (storefront) area to permit the interior to be easily observed from the street or customer drive. Glass brick and glass block are not acceptable for lobby windows.

### 251.2 Discouraging Illegal Entry

To discourage illegal entry into the closed service lobby or workroom from the box and self-service lobbies, provide the following as applicable (also see sections 244.3, Locks; 244.41 Wicket Doors; and 244.43, Exterior Doors):

*a.* The walls and partitions separating the box and self-service lobbies from the service lobby, workroom, and administrative areas must extend to the underside of the structural slab or roof structure above. These walls and partitions should be constructed soundly and strong enough to discourage illegal entry. The security wall must have (as a minimum) 2" x 4" wood or 3 5/8-inch, 20-gauge metal upright studs spaced eight inches OC and covered on both sides with five-eighth-inch gypsum board. As an alternative, the studs may be spaced sixteen inches OC if a layer of three-eighth-inch plywood or 22-gauge rolled steel sheet is installed under the gypsum board on the lobby side. If code permits, 2" x 4" wood, upright studs spaced sixteen-inches OC or 3 5/8 inch, 20-gauge, metal studs spaced twenty-four inches OC and covered with three-quarter-inch tongue-and-groove plywood may be used on the lobby side and finished inside. Ensure that wall continuity is maintained from the finished floor to the underside of the structural slab or the roof deck above.

*b.* A dropped ceiling may be used provided the walls prevent access to the workroom floor from the box lobby as outlined in section 251.2a. If a permanent ceiling is installed, it must be of nonremovable construction and not penetrable by access hatches, recessed light fixtures, or mechanical grilles or diffusers. Openings larger than eight inches on a side must be secured above the ceiling with bars or grilles per section 241.1, Skylights and Clerestory Windows. The ceiling must be constructed of 2" x 4" wood studs spaces sixteen inches OC or 3 5/8 inches, 20-gauge, metal study on twenty-four-inch centers covered with three-quarter-inch tongue-and-groove plywood covered with five-eighth-inch gypsum board. As an alternative, space 2" x 4" wood studs or 3 5/8 inch, 20 gauge, metal studs covered with five-eighth-inch gypsum board at eight inches OC. A steel suspension system with metal lath and plaster is acceptable for secure ceiling construction. The construction must comply with building code requirements.

*c.* If existing facilities are found to have walls, partitions, or removable ceiling deficiencies, make corrections. The security wall above the accessible suspended ceiling (as a minimum) must be constructed of material equal to the existing security walls. The security wall must have (as a minimum) 2" x 4" upright wood studs spaced eight inches OC, covered on both sides with five-eighth-inch gypsum board. If allowed by the building code, a three-quarter-inch tongue-and-groove plywood may be used in place of gypsum board. Ensure that wall continuity is maintained from the finished floor to the underside of the structural slab or the roof deck above.

*d.* Ensure that the service lobby entry doors are not removable from the public side.

*e.* Transfer grilles and HVAC duct penetration(s) where the smallest dimension exceeds eight inches must be secured using either security bars,



17

ATTACHMENT "A"




*Fig. 8(f)*
*Carpet Tile Thickness*




*Fig. 8(g)*
*Gratings*




*Fig. 8(h)*
*Grating Orientation*

## 4.6 Parking and Passenger Loading Zones.

**4.6.1 Minimum Number.** *Parking spaces required to be accessible by 4.1 shall comply with 4.6.2 through 4.6.4. Passenger loading zones required to be accessible by 4.1 shall comply with 4.6.5 and 4.6.6.*

**4.6.2 Location.** Parking spaces for disabled people and accessible passenger loading zones that serve a particular building shall be *the spaces or zones located closest to the nearest accessible entrance on an accessible route.* In separate parking structures or lots that do not serve a particular building, parking spaces for disabled people shall be located on the shortest possible circulation route to an accessible pedestrian entrance of the parking facility.

**4.6.3* Parking Spaces.** Parking spaces for disabled people shall be at least 96 in (2440 mm) wide and shall have an adjacent access aisle 60 in (1525 mm) wide minimum (see Fig. 9). Parking access aisles shall be part of an accessible route to the building or facility entrance and shall comply with 4.3. Two accessible parking spaces may share a common access aisle. Parked vehicle overhangs shall not reduce the clear width of an accessible circulation route. *Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 in all directions.*

*EXCEPTION: If accessible parking spaces for vans designed for handicapped persons are provided, each should have an adjacent access aisle at least 96 in (2440 mm) wide complying with 4.5, Ground and Floor Surfaces.*

**4.6.4* Signage.** Accessible parking spaces shall be designated as reserved for the disabled by a sign showing the symbol of accessibility (see 4.30.5). Such signs shall not be obscured by a vehicle parked in the space.




**Fig. 9**
**Dimensions of Parking Spaces**

## 4.6 Parking and Passenger Loading Zones




Fig. 10
Access Aisle at Passenger Loading Zones

**4.6.5 Passenger Loading Zones.** Passenger loading zones shall provide an access aisle at least 60 in. (1525 mm) wide and 20 ft (6 m) long adjacent and parallel to the vehicle pull-up space (see Fig. 10). If there are curbs between the access aisle and the vehicle pull-up space, then a curb ramp complying with 4.7 shall be provided. *Vehicle standing spaces and access aisles shall be level with surface slopes not exceeding 1:50 in all directions.*

**4.6.6 Vertical Clearance.** *Provide minimum vertical clearances of 114 in at accessible passenger loading zones and along vehicle access routes to such areas from site entrances. If accessible van parking spaces are provided, then the minimum vertical clearance should be 114 in.*

## 4.7 Curb Ramps.

**4.7.1 Location.** Curb ramps complying with 4.7 shall be provided wherever an accessible route crosses a curb.

**4.7.2 Slope.** Slopes of curb ramps shall comply with 4.8.2. The slope shall be measured as shown in Fig. 11. *Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1:20.*




Fig. 11
Measurement of Curb Ramp Slopes




(a)
Flared Sides

(b)
Returned Curb

*If X is less than 48 in, then the slope of the flared side shall not exceed 1:12.*

Fig. 12
Sides of Curb Ramps

**4.7.3 Width.** The minimum width of a curb ramp shall be 36 in (915 mm), ~~exclusive of flared sides.~~

**4.7.4 Surface.** Surfaces of curb ramps shall comply with 4.5.

**4.7.5 Sides of Curb Ramps.** If a curb ramp is located where pedestrians must walk across the ramp, *or where it is not protected by handrails or guardrails*, then it shall have flared sides; the maximum slope of the flare shall be 1:10 (see Fig. 12(a)). Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp (see Fig. 12(b)).

**4.7.6 Built-up Curb Ramps.** Built-up curb ramps shall be located so that they do not project into vehicular traffic lanes (see Fig. 13).




Fig. 13
Built-Up Curb Ramp

**4.7.7 Warning Textures.** *(Removed and reserved).*

**4.7.8 Obstructions.** Curb ramps shall be located or protected to prevent their obstruction by parked vehicles.

**4.7.9 Location at Marked Crossings.** Curb ramps at marked crossings shall be wholly contained within the markings, excluding any flared sides (see Fig. 15).

**4.7.10 Diagonal Curb Ramps.** If diagonal (or corner type) curb ramps have returned curbs or other well-defined edges, such edges shall be parallel to the direction of pedestrian flow. The bottom of diagonal curb ramps shall have 48 in (1220 mm) minimum clear space as shown in Fig. 15(c) and (d). If diagonal curb ramps are provided at marked crossings, the 48 in (1220 mm) clear space shall be within the markings (see Fig. 15(c) and (d)). If diagonal curb ramps have flared sides, they shall also have at least a 24 in (610 mm) long segment of straight curb located on each side of the curb ramp and within the marked crossing (see Fig. 15(c)).

**4.7.11 ~~Islands.~~** Any raised islands in crossings shall be cut through level with the street or have curb ramps at both sides and a level area at least 48 in (1220 mm) long in the part of the island intersected by the crossings (see Fig. 15(a) and (b)).

**4.7.12 Uncurbed Intersections.** *(Removed and reserved).*

## 4.8 Ramps.

**4.8.1* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8.

**4.8.2* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any run shall be 30 in (760 mm) (see Fig. 16). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as shown in Table 2 if space limitations prohibit the use of a 1:12 slope or less (see *4.1.6*).

**4.8.3 Clear Width.** The minimum clear width of a ramp shall be 36 in (915 mm).

**4.8.4 Landings.** Ramps shall have level landings at the bottom and top of each run. Landings shall have the following features:

(1) The landing shall be at least as wide as the ramp run leading to it.

(2) The landing length shall be a minimum of 60 in (1525 mm) clear.

(3) If ramps change direction at landings, the minimum landing size shall be 60 in by 60 in (1525 mm by 1525 mm).

(4) If a doorway is located at a landing, then the area in front of the doorway shall comply with 4.13.6.

**4.8.5* Handrails.** If a ramp run has a rise greater than 6 in (250 mm) or a horizontal projection greater than 72 in (1830 mm), then it shall have handrails on both sides. Handrails are not required on curb ramps. Handrails shall comply with 4.26 and shall have the following features:

(1) Handrails shall be provided along both sides of ramp segments. The inside handrail on switchback or dogleg ramps shall always be continuous.

(2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top and bottom of the ramp segment and shall be parallel with the floor or ground surface.

(3) The clear space between the handrail and the wall shall be 1-1/2 in (38 mm).

(4) Gripping surfaces shall be continuous.

(5) *Top of handrail gripping surfaces shall be mounted between 30 in and 34 in (760 mm and 865 mm) above ramp surfaces.*

(6) *Ends of handrails shall be either rounded or returned smoothly to floor, wall, or post.*

(7) *Handrails shall not rotate within their fittings.*

## 4.8 Ramps




(a) (b) (c) (d)

**Fig. 15**
**Curb Ramps at Marked Crossings**




| | Maximum Rise | | Maximum Horizontal Projection | |
|---|---|---|---|---|
| Slope | in | mm | ft | m |
| *1:12 to < 1:16* | 30 | 760 | 30 | 9 |
| *1:16 to < 1:20* | 30 | 760 | 40 | 12 |

**Fig. 16**
**Components of a Single Ramp Run and Sample Ramp Dimensions**

**4.8.6 Cross Slope and Surfaces.** The cross slope of ramp surfaces shall be no greater than 1:50. Ramp surfaces shall comply with 4.5.

**4.8.7 Edge Protection.** Ramps and landings with drop-offs shall have curbs, walls, railings, or projecting surfaces that prevent people from slipping off the ramp. Curbs shall be a minimum of 2 in (50 mm) high (see Fig. 17).

**4.8.8 Outdoor Conditions.** Outdoor ramps and their approaches shall be designed so that water will not accumulate on walking surfaces.

## 4.9 Stairs.

**4.9.1 Minimum Number.** Stairs *required to be accessible by 4.1 shall comply with 4.9.*

**4.9.2 Treads and Risers.** On any given flight of stairs, all steps shall have uniform riser heights and uniform tread widths. Stair treads shall be no less than 11 in (280 mm) wide, measured from riser to riser (see Fig. 18(a)). *Open risers are not permitted on accessible routes.*

**4.9.3 Nosings.** The undersides of nosings shall not be abrupt. The radius of curvature at the leading edge of the tread shall be no greater than 1/2 in (13 mm). Risers shall be sloped or the underside of the nosing shall have an angle not less than 60 degrees from the horizontal. Nosings shall project no more than 1-1/2 in (38 mm) (see Fig. 18).

**4.9.4 Handrails.** Stairways shall have handrails at both sides of all stairs. Handrails shall comply with 4.26 and shall have the following features:

(1) Handrails shall be continuous along both sides of stairs. The inside handrail on switchback or dogleg stairs shall always be continuous (see Fig. 19(a) and (b)).

(2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top riser and at least 12 in (305 mm) plus the width of one tread beyond the bottom riser. At the top, the extension shall be parallel with the floor or ground surface. At the bottom, the handrail shall continue to slope for a distance of the width of one tread from the bottom riser; the remainder of the extension shall be horizontal (see Fig. 19(c) and (d)). Handrail extensions shall comply with 4.4.

(3) The clear space between handrails and wall shall be 1-1/2 in (38 mm).

(4) Gripping surfaces shall be uninterrupted by newel posts, other construction elements, or obstructions.

(5) *Top of handrail gripping surface shall be mounted between 30 in and 34 in (760 mm and 865 mm) above stair nosings.*

(6) *Ends of handrails shall be either rounded or returned smoothly to floor, wall, or post.*

(7) *Handrails shall not rotate within their fittings.*

**4.9.5 Tactile Warnings at Stairs.** *(Removed and reserved).*

**4.9.6 Outdoor Conditions.** Outdoor stairs and their approaches shall be designed so that water will not accumulate on walking surfaces.