# EXHIBIT

# 5

# THIRD SUBLEASE AMENDMENT

This sublease amendment is made and entered into on this 22nd day of July, 1996 by and between United States Postal Service ("Tenant") and Carlisle Realty Holdings I. limited partnership, ("Landlord").

WHEREAS, Landlord and Tenant have entered into a Sublease dated February 27, 1981 for the property known as 4736-4738 Admiralty Way, Marina Del Rey, California ("Lease"); and have further amended this sublease by First Amendment to Sublease dated September 11, 1981, and furthermore by Sublease Amendment dated May 16, 1988; and furthermore by Second Sublease Amendment dated July 23, 1990; and

WHEREAS, Landlord and Tenant are desirous of amending certain provisions of the lease:

NOW THEREFORE, in consideration of their mutual covenants herein set forth, the parties agree as follows:

UPON the receipt of notice by certified mail that Tenant has received the appraisal results as specified in the "Binding Agreement for an MAI Appraisal" and notice that Tenant is willing and able to obtain the funding at such appraised value, the following lease modifications shall be made:

1. Term and Commencement Date. Article 5 of the Sublease as amended by Article 1 of the Sublease Amendment and as further amended by Article 3 of the Second Sublease Amendment is modified as follows:

There shall be a new five year lease extension which shall commence on October 1, 1995 and end on September 30, 2000. *

2. Article 4 of the Second Sublease Amendment dated July 23, 1990 shall be amended to reflect the rental derived from the Binding Agreement for an MAI Appraisal.

3. Relocation. Landlord reserves the right to relocate the Premises to 4766 Admiralty Way which is approximately 5,545 square feet. Total rent shall be adjusted to reflect any difference in size. The Binding Agreement for an MAI Appraisal shall request a per foot rent for both the existing location and the new location. Rent will be adjusted upon the date of possession of the new location by Tenant. Landlord agrees to pay the design costs, construction costs, and signage moving costs. Tenant will pay incidental moving costs. Tenant will be given sixty and thirty day notices of the anticipated completion date. Landlord and Tenant will coordinate the relocation of the Tenant to minimize disruption in Tenant's operations.

Should Tenant be required by their agency to provide a "retail store" facility, Landlord will contribute $125,610 dollars toward the construction costs.

| | |
|---|---|
| [signature] | [signature] |
| Richard Fownes, President<br>Marina Associates, Inc. | Marni Gagne, Contracting Officer<br>U.S. Postal Service |
| 7-15-96<br>Date | 7/22/96<br>Date |



* ~~Once~~ THE RENT HAS BEEN ESTABLISHED BY THE MAI APPRAISAL, TOTAL CUMULATIVE RENT SHALL BE CALCULATED FROM 10-1-95 TO THAT DATE. IF CALCULATED RENT EXCEEDS ACTUAL PAYMENTS, THE POSTAL SERVICE SHALL SUBMIT PAYMENT FOR THE DEFICIT UPON RECEIPT OF AN ~~BILL~~ INVOICE. IF PAYMENTS FOR THE PERIOD EXCEED TOTAL AMOUNTS DUE, LANDLORD WILL ISSUE A CREDIT [illegible]

ADDENDUM "A"

THE POSTAL SERVICE LEGAL DEPARTMENT HAS REVIEW YOUR REQUESTED CHANGES AND HAS APPROVED THEM WITH THE FOLLOWING CHANGES/REVISIONS:

THE CHANGE TO THE END OF THE NEXT TO LAST PARAGRAPH OF THE BINDING AGREEMENT FOR AN MAI APPRAISAL IS APPROVED WITH THE FOLLOWING CHANGE:

YOU REQUESTED: "AND THIS AGREEMENT WILL BE NULL AND VOID WITH BOTH PARTIES RESERVING WHATEVER RIGHTS EXIST UNDER PRESENT AGREEMENTS. TENANT WILL REVERT TO A MONTH-TO-MONTH TENANCY."

THE POSTAL SERVICE LEGAL DEPARTMENT HAS APPROVED:

"AND THIS AGREEMENT WILL BE NULL AND VOID WITH BOTH PARTIES RESERVING WHATEVER RIGHTS EXIST UNDER PRESENT AGREEMENTS. TENANCY WILL REVERT TO A MONTH-TO-MONTH TENANCY."

THE CHANGE TO THE SECOND PARAGRAPH OF ITEM 1 IN THE THIRD SUBLEASE AMENDMENT IS APPROVED WITH THE FOLLOWING CHANGE:

YOU REQUESTED: "" ONCE THE RENT HAS BEEN ESTABLISHED BY THE MAI APPRAISAL, TOTAL CUMULATING RENT SHALL BE CALCULATED FROM 10/1/95 TO THAT DATE. IF CALCULATED RENT EXCEEDS ACTUAL PAYMENTS, THE POSTAL SERVICE SHALL SUBMIT PAYMENT FOR THE DEFICIT UPON RECEIPT OF AN INVOICE. IF PAYMENTS FOR THE PERIOD EXCEED TOTAL AMOUNTS DUE, LANDLORD WILL ISSUE A CREDIT "

THE POSTAL SERVICE LEGAL DEPARTMENT HAS APPROVED:

""ONCE THE RENT FOR THE LEASE TERM BEGINNING OCTOBER 1, 1995 IS ESTABLISHED, THE TOTAL AMOUNT DUE FROM OCTOBER 1, 1995 TO THE EFFECTIVE DATE OF THE REVISED RENTAL PAYMENT WILL BE CALCULATED. THE PAYMENT WILL BE ADJUSTED IN THE FOLLOWING MANOR. IF A DEFICIT EXISTS, THE POSTAL SERVICE SHALL PAY THE DEFICIT (DIFFERENCE BETWEEN THE AMOUNT PAID SINCE OCTOBER 1, 1995 AND THE RENTAL VALUE ESTABLISHED BY THIS APPRAISAL), NO LATER THAN SIXTY DAYS FROM THE EFFECTIVE DATE OF THE SIGNED AND ACCEPTED LEASE AMENDMENT. IF A SURPLUS EXISTS, THE LESSOR SHALL ISSUE A CREDIT TO THE POSTAL SERVICE FOR THE DIFFERENCE BETWEEN THE TWO AMOUNTS WITHIN 30 DAYS OF THE EFFECTIVE DATE OF THE SIGNED AND ACCEPTED LEASE AMENDMENT."


MARINA WATERSIDE
Admiralty Way and Mindanao
Marina Del Rey, California 90292
ADMIRALTY WAY
27,451
Marina Market
Marina Photo
Petite Cafe Casino
M. Fredric Outlet
Carlton Hair
Lacy Lady
Homebody
Penguins Yogurt
Mrs. Fields Cookies
M. Fredric Kids
Seymour Jewelers
Marina Fine Arts
Dr. Ernest Nankas
1,200
1,500
1,500
1,400
900
900
1,320
600
900
900
1,200
1,080
6,000
3,938
The Drug Store
West Coast Video
M. Fredric & Co.
Johnnies Coffee
Nicole
Tobacco Trader
M. Fredric Active
Jenny Craig
Top to Top
One Step Ahead
1,836
600
1,600
1,200
800
2,400
1,200
1,183
2,960
4,800
3,300
1,350
1,800
1,800
5,119
6,200
Designer Labels for Men
Designer Labels
Waterside Beauty
Jeannes Hallmark
Monique
USPO
Vacant
7,070
Bank of America
Rainbow Acres
2,800
Marina Cleaners
2,000
Marina Travel
1,934
West Marine Products
5,545
C. Valmy Skin Care Salon
1975
Crown Books
2,800
Pier 1 Imports
7,000
California Pizza Kitchen
4,040


PARKING
LOT
ENTRANCE
80'-2"
℄ → ℄
80'-0"
℄ → ℄
ENTRANCE
58'-10'
℄ → ℄
C. VALMY
5545
ADMIRALTY