# EXHIBIT

# 6

UNITED STATES POSTAL SERVICE.

# Lease Amendment

| Facility Name/Location | Amendment Number |
|---|---|
| Marina del Rey Branch - 4766 (B-5) Admiralty Way, Marina del Rey, CA 90291-9998<br>Project: 058106-012 | 4 |

This refers to the Lease accepted by the United States Postal Service, hereinafter called the Postal Service, under date of 02/27/1981 whereby there is leased to the United States Postal Service the above-described postal facility.

WHEREAS the Postal Service desires and Landlord is willing to:
1. Add two five-year renewal options
2. Clarify USPS reimbursement of real estate taxes, CAM, insurance and ground lease to Landlord.

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein set forth, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties do hereby agree to amend the Lease as follows, effective 05/20/1999
1. First renewal option beginning 10/01/2000 and ending 09/30/2005 at an annual rate of $159,696.00.
2. Second renewal option beginning 10/01/2005 and ending 09/30/2010 at an annual rate to be determined in accordance with Attachment A.
3. The USPS will be responsible for reimbursement of real estate taxes, CAM, insurance, and ground lease in Accordance with Attachment One and Addendum.
4. Attachment A
5. Attachment One
6. Addendum
7. Year 2000 Warranty

In all other respects, the Lease shall remain the same and is hereby confirmed.

Date: ____________

Carlisle Realty Holdings I
Print Landlord's Name ____________ Signature ____________

Print Landlord's Name ____________ Signature ____________

Print Landlord's Name ____________ Signature ____________

Print Landlord's Name ____________ Signature ____________

Print Landlord's Name ____________ Signature ____________

Print Landlord's Name ____________ Signature ____________

c/o Marina Waterside, 4745 Lincoln Blvd., Marina del Rey, CA 90292-6901
Number and Street Name, City, State and ZIP+4 Address of Landlord

310-823-0145
Telephone Number

**Acceptance By The Postal Service**

Contracting Officer ____________ Signature of Contracting Officer ____________ Date ____________

# FOURTH SUBLEASE AMENDMENT

November This fourth sublease amendment is made and entered into this 16th day of ~~October,~~ 1999 by and between Carlisle Reality Holdings I, L.P. a Massachusetts limited partnership ("Lessor") and United States Postal Service ("Lessee").

WHEREAS, Lessor and Lessee have entered into a sublease dated February 27, 1981, and further amended by First Sublease Amendment dated September 11, 1981, Sublease Amendment dated May 16, 1988, Second Sublease Amendment dated July 23, 1990 and Third Sublease Amendment dated May 16, 1988 ("Lease").

WHEREAS, Lessor and Lessee desire to amend certain provisions of the Lease as follows:

1) Article 1 of the Third Sublease Amendment is hereby amended as follows: One new five year term to commence October 1, 2000 and terminate September 30, 2005. With one additional five year option to renew on the same basic terms and conditions of the lease. The option granted shall be exercised by Lessee by delivery of written notice to Lessor one hundred twenty (120) days prior to the expiration of this Lease.

2) Article 2 of the Third Sublease Amendment is hereby amendment to provide for a fixed minimum annual rental rate of one hundred sixty six thousand three hundred eighty dollars ($166,380). The fixed minimum annual rental rate for the above referenced five year option to renew will be determined based on the fair market value.

FURTHERMORE, based on Exhibit D of the Lease, paragraph 8 of the Lease shall be deleted in entirety and replaced with the following:

"Pursuant to Paragraph 13 of the Master Lease, Lessor pays the County of Los Angeles ("the County") rent based upon the gross rental income derived by Lessor from Lessee's occupancy of the premises ("percentage rentals"). Lessee shall reimburse Lessor for all percentage rentals Lessor pays to the County which may exceed ten percent (10%) of the minimum rent and ten percent (10%) of the percentage rent received by Lessor from Lessee under this Lease.

In the event that after the commencement date of the term of this Amendment, rentals under the Master Lease are increased, in accordance with Paragraphs 13, 14 and 15 of the Master Lease, and such increase is retroactive, so as to apply to some or all of the previous months during the term of this Amendment and the Lease, as amended, Lessee's obligations hereunder shall include its payment of its share of any retroactive increase for such previous months within twenty (20) days after billing by Lessor.

THE ABOVE NOTWITHSTANDING, all other basic terms and conditions of the Lease, as amended, shall remain in full force and effect.

**LESSOR**
CARLISLE REALTY HOLDINGS, I, LP
a Massachusetts limited partnership

Richard G. Fownes, President
Marina General Partner, Inc.

**LESSEE**
UNITED STATES POSTAL SERVICE

**JACK DAVIDSON**
**MANAGER, REAL ESTATE/**
**CONTRACTING OFFICER**

395 OYSTER POINT BLVD STE 225
SO SAN FRANCISCO CA 94099-0300