IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC | ) | |
| | ) | No. 06-497C |
| Plaintiff, | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order of October 26, 2006, the parties submit the following joint status report:

1. Pleadings: On October 31, 2006, the plaintiff filed its motion seeking leave to file its First Amended Complaint. On or about November 13, 2006, the defendant filed its answer thereto.

2. Discovery: Pursuant to the Court's order, the parties have exchanged their respective files concerning the subject matter lease. They have further exchanged documents supporting their respective position as to the reasonable rental value during the subject option period.

The parties anticipate that all necessary discovery will be completed by March 27, 2007, on the following issues:

a) any communication between the parties concerning the exercise of the option period and any efforts to establish fair market value;

b) facts that support plaintiff Marina Waterside's claim that the rent on the subject property should be $271,150.50 per year;

c) facts that support defendant United States' claim that the rent should be $166,380.00 per year.

3. Liability: The parties have consulted on the liability issue, i.e., whether section 1 of the fourth sublease amendment, dated November 16, 1999 (copy attached), allowed the contracting officer to renew the lease for five years at the same rental rate, $166,380, then in effect for the base term. There is an issue as to whether the amount of rent for the option period was set by the Government when which it exercised the option set out in the fourth sublease amendment, and plaintiff, Marina Waterside, did not specify another amount of rent.

Plaintiff avers that the Government is bound by the language contained in section 2 of the Fourth Sublease Amendment stating that the option period rent would be based on fair market value.

4. Dispositive Motion: The Court's order of October 26, 2006, included a briefing schedule with respect to cross-motions for partial summary judgment as to the issue of liability. The Government requests that this schedule be vacated and a briefing schedule be put in place with respect to all issues, including liability, after the close of discovery.

The parties believe that an issue exists in this case regarding the proper date for appraising the property for the purposes of determining the fair market rent pursuant to section 2 of the fourth sublease amendment. The plaintiff has used a date of valuation of September 2005. The defendant's appraiser used a date of October 2003. The valuation pertains to the period of time commencing October 1, 2005, for an option that was exercised on January 20, 2004.

The parties respectfully request that the Court set a discovery and briefing schedule for all issues at the status conference scheduled for November 28, 2006. Furthermore, defendant respectfully requests that, if the Court should find that

defendant's proposed valuation date is incorrect, that it be allowed a reasonable opportunity to develop expert testimony as to the fair market rent for the lease as of September 2005, or whatever other date the Court determines as the appropriate date of valuation.

5. Trial: The length of trial and the scheduling thereof depends on the Court's disposition of the foregoing issues, but the parties anticipate that the case can be resolved in a one-day proceeding.

The parties believe there is no additional information which the Court should be aware of at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

November 21, 2006

MARK A. MELNICK
Assistant Director

/s/ Ernie Zachary Park
ERNIE ZACHARY PARK
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, California 90602
Tele: (562) 698-9771
Fax: (562) 696-6357

Attorney for Plaintiff

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Defendant