# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
MARINA WATERSIDE, LLC., *
*
Plaintiff, *
*
v. * **No. 06-497C**
* **Filed: November 28, 2006**
UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above-captioned case on November 28, 2006, with the parties appearing by telephone. In response to a request by the defendant for an enlargement of time to file opening briefs originally due December 19, 2006, and after consulting with the parties, on or before **Friday, December 22, 2006**, the parties shall file joint stipulation of facts, with supporting joint appendix. The joint stipulation of facts shall be one document, accompanied by a supporting appendix, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix. If necessary, the parties are to identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and opposition thereto, pursuant to RCFC 56(h)(3). Furthermore, on or before **Friday, December 22, 2006**, the parties also shall file a joint statement of issues of law, to focus the issues being briefed by the parties. Also on or before **Friday, December 22, 2006**, the parties shall file simultaneous opening briefs, citing to the joint stipulation of facts and supporting documents. The parties are reminded that the schedule for the reply briefs remains unchanged and that on or before **Tuesday, January 9, 2007**, the parties shall file simultaneous reply briefs, also citing to the joint stipulations of facts and supporting documents.

To further discuss progress in the case and discovery needs, the court **SCHEDULES** a status conference for **Wednesday, January 17, 2007, at 2:30 p.m. EST**. Counsel for

both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (562) 698-9771 and defendant's counsel at (202) 616-0341.

**IT IS SO ORDERED.**

s/Marian Blank Horn

**MARIAN BLANK HORN**

**Judge**