**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARINA WATERSIDE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-497C** |
| | ) | **(Judge Horn)** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATEMENT OF ISSUES OF LAW**

Pursuant to the Court's scheduling order, dated November 28, 2006, the parties are respectfully submitting this joint statement of issues of law.

Plaintiff's Statement of the Issues:

1. Under the Fourth Sublease Amendment, did the parties agree that rent, during the option period of October 1, 2005 through September 30, 2010 (the "Option Period"), would be "…determined based on the fair market value" of the subject premises (the "Premises")?

2. Assuming the Court determines that rent during the Option Period is to be determined based upon the "fair market value" of the Premises, what is the date to be used for fixing the "fair market value?"

3. Did the defendant's exercise of the option on January 6, 2004 modify the Lease with respect to the rent during the Option Period?

4. Did the estoppel certificate provided by the defendant on January 7, 2004 confirm the provision of the Fourth Sublease Amendment as to the determination of rent during the Option Period?

Defendant's Statement of the Issue:

Whether plaintiff, Marina Waterside, LLC, accepted the Postal Service's offer to exercise the option contained in the Fourth Sublease Agreement at an annual rent of $166,380.00, where Marina's agent accepted the Postal Service's rental amount in writing, and where Marina otherwise failed either to object or attempt to negotiate a different rental amount before the beginning of the option period such that Marina is not entitled to additional rent for any part of the sublease period of October 1, 2005 through September 30, 2010.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

/s/ Ernie Zachary Park
Ernie Zachary Park
Bewley Lassleben & Miller
12315 E. Penn Street, Suite 510
Whittier, California 90602
(562) 698-9771 (phone)
(562) 696-6357 (fax)

Attorney for Plaintiff
December 22, 2006

/s/ Joan M. Stentiford
/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Defendant