# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **MARINA WATERSIDE, LLC,** * | |
| **Plaintiff,** * | |
| **v.** * | **No. 06-497C**<br>**Filed: January 17, 2007** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on January 17, 2007. As discussed with the parties at the conference, on or before **Monday, January 29, 2007, at 10:00 a.m.**, defendant shall file, electronically, a supplemental brief more fully addressing the defendant's newly raised and not fully articulated Anti-Deficiency Act argument. Defendant also shall include information on the impact, if any, of its Anti-Deficiency Act argument in this case on other United States Postal Service leases. On or before **Monday, February 5, 2007, at 10:00 a.m.**, plaintiff shall file, electronically, a response to the defendant's supplemental filing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**