# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **MARINA WATERSIDE, LLC,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| **v.** * | **No. 06-497C** |
| * | **Filed: February 6, 2007** |
| **UNITED STATES,** * | |
| * | |
| **Defendant.** * | |
| * | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on **February 5, 2007**, with the parties appearing by telephone. After discussion with the parties at the conference, the plaintiff's and defendant's cross-motions for partial summary judgment are **DENIED**. The parties have requested discovery on both liability and damages, which the court approves. Discovery will close **Friday, June 15, 2007**. The parties shall consult, and explore settlement possibilities. On or before **Friday, June 22, 2007**, the parties shall file a joint status report, proposing how to proceed, with milestones and proposed dates. Furthermore, the court **SCHEDULES** a status conference for **Tuesday, June 26, 2007, 11:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be reached at (562) 698-9771, defendant's counsel will be reached at (202) 616-0341, and agency counsel will be reached at (202) 268-4037.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**