| Event | Deadline |
| --- | --- |
| Fact Depositions on Liability and Damages | July 16, 2007 |

Plaintiff is in the process of substituting in new counsel of record, and has concurrently filed a motion to change its counsel of record. Plaintiff therefore requests a brief thirty day continuance of the discovery cut-off period as to depositions only to allow plaintiff's new counsel to properly prepare for and conduct these depositions. The parties have been cooperating in completing discovery, and have completed written fact discovery on liability and damages. Defendant's counsel agrees that a brief thirty day continuance of the discovery cut-off as to depositions only would be beneficial to the parties, and accordingly, does not object to this motion.

For each of the foregoing reasons, plaintiff, for the benefit of both parties, requests that the Court's scheduling order of February 6, 2007 should be amended as indicated above. If for any reason the Court is inclined not to grant this motion or is inclined to require a different schedule for the completion of pre-trial activities, the parties respectfully request a status conference.

Respectfully submitted,

Ernie Zachary Park
Bewley, Lassleben & Miller
13215 E. Penn Street, Ste. 510
Whittier, California 90602
(562) 698-9771
(562) 696-6357 – facsimile

Counsel for Plaintiff