______________________________
Daniel J. Burgner
Marina Waterside, LLC

Dated: June 1, 2007

I, Ernie Zachary Park, current counsel of record hereby consent to this change of counsel of record.

Ernie Zachary Park
Bewley, Lassleben & Miller
13215 E. Penn Street, Ste. 510
Whittier, California 90602
(562) 698-9771
(562) 696-6357 – facsimile

Dated: June 6, 2007

Counsel for Plaintiff