# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARINA WATERSIDE, LLC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-497c (Judge Marian Blank Horn) |

## PLAINTIFF'S CONSENT MOTION TO CHANGE ITS COUNSEL OF RECORD

Plaintiff hereby requests that the Court change its counsel of record from Ernie Zachary Park of Bewley, Lassleben & Miller to Patricia L. Glaser of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro. Nabil L. Abu-Assal of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro will be designated as "of counsel." Plaintiff files this motion with the concurrence and approval of its current counsel of record Ernie Zachary Park.

Accordingly, it is respectfully requested that the Court grant this motion and name Patricia L. Glaser as Plaintiff's new counsel of record.

Respectfully submitted,

Patricia Glaser (NA)

PATRICIA L. GLASER by Nabil L. Abu-Assal
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Phone: (310) 553-3000
Fax: (310) 556-2920

OF COUNSEL:
NABIL L. ABU-ASSAL
Christensen, Glaser, Fink,
Jacobs, Weil & Shapiro

Daniel J. Burgner
Marina Waterside, LLC

Dated: June 1, 2007

I, Ernie Zachary Park, current counsel of record hereby consent to this change of counsel of record.

Ernie Zachary Park
Bewley, Lassleben & Miller
13215 E. Penn Street, Ste. 510
Whittier, California 90602
(562) 698-9771
(562) 696-6357 – facsimile

Dated: June ___, 2007

Counsel for Plaintiff

Daniel J. Burgner
Marina Waterside, LLC

Dated: June 1, 2007

I, Ernie Zachary Park, current counsel of record hereby consent to this change of counsel of record.

Ernie Zachary Park
Bewley, Lassleben & Miller
13215 E. Penn Street, Ste. 510
Whittier, California 90602
(562) 698-9771
(562) 696-6357 -- facsimile

Dated: June 6 2007

Counsel for Plaintiff