# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**MARINA WATERSIDE, LLC,** *
*
**Plaintiff,** *
*
**v.** * **No. 06-497C**
* **Filed: June 25, 2007**
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the plaintiff's June 14, 2007 consent motion to change its counsel of record. Plaintiff's motion is **GRANTED**. The docket shall reflect plaintiff's new counsel of record, Patricia L. Glaser, of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, 10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067, telephone no. (310) 553-3000, facsimile no. (310) 556-2920.

The court also is in receipt of the plaintiff's June 14, 2007, unopposed motion to amend the discovery schedule, which the court **GRANTS**. As requested, on or before **Monday, July 16, 2007**, fact depositions will conclude. On or before **Friday, July 20, 2007**, the parties shall file a joint status report, reflecting the close of discovery, and proposing how to proceed, with milestones and proposed dates. Also, as previously discussed with the parties, due to the enlargement of discovery, the status conference previously scheduled for June 26, 2007 is **RESCHEDULED** for **Wednesday, July 25, 2007, 11:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be reached at (562) 698-9771, defendant's counsel will be reached at (202) 616-0341, and agency counsel will be reached at (202) 268-4037.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**