IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC | ) | |
| | ) | No. 06-497C |
| Plaintiff, | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order of June 25, 2007, the parties submit the following joint status report:

On July 3, 2007, plaintiff, Marina Waterside, provided defendant, United States, a copy of their appraisal report for the Marina Waterside property at issue in this case. The parties subsequently, on July 13, 2007, the parties filed a joint motion to amend the scheduling order, requesting that discovery be extended to afford the parties an opportunity to conduct settlement negotiations. The parties have, in fact, actively begun settlement discussions, and intend to work toward settlement in the near term. The parties continue to believe that settlement is possible, and that allowing additional time for discovery is advisable.

As requested in the July 3, 2007, motion, the parties believe that depositions are the only remaining discovery necessary in this case, and believe that they can all be completed by September 14, 2007.

In the event the additional time is not allowed for discovery, defendant believes that the case should be set for trial on the following issues:

- whether the amount of rent for the option period was set by the Government when it exercised the option set out in the fourth sublease

amendment, and plaintiff, Marina Waterside, did not specify another amount until just after the start of the option period.

- what date should be used for appraising the property for the purposes of determining the fair market rent pursuant to section 2 of the fourth sublease amendment. The plaintiff has used a date of valuation of October 1, 2005. The defendant's appraiser used a date of October 2003. The valuation pertains to the period of time commencing October 1, 2005, for an option that was exercised on January 20, 2004.

-- What is the fair market rent for the property leased by the Postal Service?

The parties anticipate that the case can be resolved in no more than a two to three day proceeding.

The parties believe there is no additional information which the Court should be aware of at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

July 20, 2007

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530

Tele: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Defendant

OF COUNSEL
NABIL L. ABU-ASSAL
Christensen, Glaser, Fink, Jacobs
Weil & Shapiro, LLP

OF COUNSEL
SCOTT E. GIZER
Christensen, Glaser, Fink, Jacobs,
Weil & Shapiro, LLP

/s/ Scott E. Gizer
PATRICIA L. GLASER by Scott E. Gizer
Christensen, Glaser, Fink, Jacobs
Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
phone: (310) 553-3000
fax: (310) 556-2920

Counsel for Plaintiff