# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**MARINA WATERSIDE, LLC,** *
*
**Plaintiff,** *
*
**v.** * **No. 06-497C**
* **Filed: July 25, 2007**
**UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference on July 25, 2007, with the parties appearing by telephone. Discovery, both fact and expert, will close **Thursday, September 13, 2007**. Also on **Thursday, September 13, 2007**, the parties shall file a joint status report reflecting the close of discovery; the status of settlement discussions, but without any settlement numbers; and how the parties propose to proceed in the case, with milestones and a timeline.

Furthermore, to more fully discuss settlement, the court **SCHEDULES** a status conference for **Monday, September 17, 2007, 11:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 282-6224 and (310) 556-7852, defendant's counsel at (202) 616-0341 and agency counsel at (202) 268-4037. Individuals with authority to settle also shall be included in the September 17, 2007 status conference, including, at a minimum, an officer of Marina Waterside, LLC and the agency contracting officer. On or before **Thursday, September 13, 2007**, counsel shall provide the names, positions and telephone numbers of these additional participants in the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**