**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MARINA WATERSIDE, LLC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-497c (Judge Marian Blank Horn) |

**PLAINTIFF'S CONSENT MOTION TO CHANGE ITS COUNSEL OF RECORD**

Plaintiff hereby requests that the Court change its counsel of record from Patricia L. Glaser of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro to Nabil L. Abu-Assal of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro. Scott E. Gizer of Christensen, Glaser, Fink, Jacobs, Weil & Shapiro will be designated as "of counsel." Plaintiff files this motion with the concurrence and approval of its current counsel of record Patricia L. Glaser.

Accordingly, it is respectfully requested that the Court grant this motion and name Nabil L. Abu-Assal as Plaintiff's new counsel of record

Respectfully submitted,

/s/ Nabil L. Abu-Assal
NABIL L. ABU-ASSAL
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Phone: (310) 553-3000
Fax: (310) 556-2920

OF COUNSEL:
SCOTT E. GIZER
Christensen, Glaser, Fink,
Jacobs, Weil & Shapiro

Daniel J. Burgner
Marina Waterside, LLC

Dated: July 27, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this **27th day of July, 2007** the foregoing **PLAINTIFF'S CONSENT MOTION TO CHANGE ITS COUNSEL OF RECORD** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott E. Gizer
Scott E. Gizer