# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **MARINA WATERSIDE, LLC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 06-497C** |
| | * | **Filed: July 30, 2007** |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of plaintiff's July 27, 2007 motion to change its counsel of record, which the court **GRANTS**. The clerk's office shall **ENTER** on the docket, as plaintiff's counsel of record, Nabil L. Abu-Assal, Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, 10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067, telephone no. (310) 553-3000, and facsimile no. (310) 556-2920.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**