IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC | ) | |
| | ) | No. 06-497C |
| Plaintiff, | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order of July 25, 2007, the parties submit the following joint status report:

Plaintiff has made a settlement offer to Defendant and Defendant's counsel will recommend that Defendant accept the offer. The parties have completed all fact and expert discovery.

In the event the case does not settle. The parties believe that the case should be set for trial on the following issues:

- Whether the amount of rent for the option period was set by the Government when it exercised the option set out in the fourth sublease amendment, and plaintiff, Marina Waterside, did not specify another amount until just after the start of the option period.

- The proper date for appraising the property for the purposes of determining the fair market rent pursuant to section 2 of the fourth sublease amendment. The plaintiff has used a date of valuation of October 1, 2005. The defendant's appraiser used a date of October 2003. The valuation pertains to the period of time commencing October 1, 2005, for an option that was exercised on January 6, 2004.

- What is the fair market rent for the property leased by the Postal Service?

The parties anticipate that the case can be resolved in no more than a two-day to three-day proceeding.

The parties believe there is no additional information which the Court should be aware of at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

September 13, 2007

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL
SCOTT E. GIZER
Christensen, Glaser, Fink, Jacobs
Weil & Shapiro, LLP

/s/ Nabil L. Abu-Assal
Nabil L. Abu-Assal by Scott E. Gizer
Christensen, Glaser, Fink, Jacobs
Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
phone: (310) 553-3000
fax: (310) 556-2920

September 13, 2007

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this **13th day of September, 2007** the foregoing **JOINT STATUS REPORT** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott E. Gizer

Scott E. Gizer