# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **MARINA WATERSIDE, LLC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 06-497C** |
| | * | **Filed: September 17, 2007** |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

## O R D E R

The court held a status conference in the above-captioned case on September 17, 2007. The parties are to be commended for their settlement efforts to date. As discussed at the status conference, the court **SCHEDULES** another status conference for **Tuesday, October 2, 2007, 3:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (310) 282-6224, defendant's counsel at (202) 616-0341, and agency counsel at (202) 268-4037. On or before **Friday, October 26, 2007**, defendant shall file a status report, reflecting the status of settlement. The court **SCHEDULES** another status conference for **Friday, November 2, 2007, 11:00 a.m. EDT**. Again, counsel may appear by telephone. Unless otherwise notified, the court will contact counsel at the above telephone numbers. These status conferences can only be cancelled by the court, and will only be cancelled if the parties have filed a joint stipulation of dismissal.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**