# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **MARINA WATERSIDE, LLC.,** Plaintiff, | |
| v. | **No. 06-497C** **Filed: January 12, 2008** |
| **UNITED STATES,** Defendant. | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's January 11, 2008 status report, which indicates the parties' successful completion of a settlement agreement. The parties are commended for their productive settlement efforts to date. As indicated in the court's earlier, November 21, 2007 order, unless a joint stipulation of dismissal is sooner received by the court, the parties shall file a joint status report on or before **Monday, February 11, 2008**, and monthly thereafter, until final resolution of the case. In this regard, one party may file a joint status report with the consent of the other party. Also, as previously directed, the next and any subsequent joint status reports shall include settlement milestones and an estimated time line for the milestones, that is, what remains to be done, and an estimate of when it will be done.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**