IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARINA WATERSIDE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-497C |
| | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION FOR ENTRY OF DISMISSAL

The parties hereby stipulate that the above-captioned action be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Nabil L. Abu-Assal
NABIL L. ABU-ASSAL
Christensen, Glaser, Fink,
Jacobs, Weil, & Shapiro
10250 Constellation Boulevard
19th Floor
Los Angeles, California 90067
Tele: (310) 556-7852
Fax: (310) 556-2920
Attorney for Plaintiff

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MICHAEL F. KIELY
Office of General Counsel
U.S. Postal Service
Washington, D.C.

April 11, 2008

Attorneys for Defendant