# In the United States Court of Federal Claims

**No. 06-497 C**

**MARINA WATERSIDE, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 14, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

John S. Buckley
Acting Clerk of Court

**April 15, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.